PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Calvin Jones                               Cr.: 99-00155-001

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden (reassigned 3/21/06)

Date of Original Sentence: 08/16/99

Original Offense: Importation of Cocaine

Original Sentence: Imprisonment 74 months followed by a 4 year term of Supervised Release

Type of Supervision: Supervised Release               Date Supervision Commenced: 02/10/05

Assistant U.S. Attorney: Allan Tananbaum              Defense Attorney: John Yauch,,AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report as directed on 02/14/06, 03/16/06, and 03/21/06. The offender failed to submit monthly supervision reports for the month of January; February; and March of 2006. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'<br><br>The offender failed to notify the Probation officer of a change in residence as evidenced by the following: On 03/22/2006, the Probation officer spoke to the offender's girlfriend who reported he has not been living at her address for ten days. His current whereabouts are unknown. |

PROB 12C - Page 2
James Calvin Jones

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | The offender failed to refrain from the use of illegal substances as evidenced by the following positive test results: 4/05/05- positive for morphine, 2/10/2006- positive for morphine, and 2/15/2006 positive for morphine.. |
| 4 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |
| | The offender failed to adhere to out-patient treatment recommendations at Catholic Community Services; in addition, he refused to go to inpatient treatment at the Integrity Program. In a letter provided by Catholic Community Services it is noted that Jones failed to attend treatment in the month of February and was non- compliant with outpatient treatment directives. |
| | The offender failed to report on 3/13/06 to finalize detoxification and inpatient treatment referral to Integrity House. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 3/31/200

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/28/06
Date