PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision
### * SUPPLEMENTAL PETITION TO ORIGINAL VIOLATION OF 3/31/06

Name of Offender: James Calvin Jones                                   Cr.: 99-00155-001

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden (reassigned 3/21/06)

Date of Original Sentence: 08/16/99

Original Offense: Importation of Cocaine

Original Sentence: Imprisonment 74 months followed by a 4-year term of Supervised Release

Type of Supervision: Supervised Release               Date Supervision Commenced: 02/10/05

Assistant U.S. Attorney: Julia Epstein                          Defense Attorney: Lisa Mack

### PETITIONING THE COURT

#### * ADDITIONAL VIOLATIONS

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report as directed on 10/24/06, 11/06/06, and 12/04/06. The offender failed to submit monthly supervision reports for the months of October and November of 2006. |

6           The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

The offender failed to notify the Probation officer of a change in residence as evidenced by the following: On 10/26/06, the offender reported he was living with his girlfriend's brother.  Prior to his release from inpatient treatment he provided a relocation address of 1301 Walter Place, Apt.1, Newark, NJ.
On 10/26/06, USPO spoke to Marcella Stewart, the offender's girlfriend, who confirmed they were living at 32 N.12th Street. She reported that they were not living at the 1301 Walter Place, Newark NJ address provided to Probation by the offender and Ms. Stewart.

7           The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender failed to refrain from the use of illegal substances as evidenced by the following: On 10 /26/06 the offender admitted to using heroin on 10/24/06 and he signed the Admission of Drug Use form.

8           The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.  It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office.  The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to adhere to outpatient treatment recommendations at Integrity Inc.. In noncompliance notices provided by the Integrity program, the offender missed two group sessions in October of 2006.  In November, he missed two group sessions and four individual sessions.

The offender failed to report on 12/04/06 to the probation office to finalize a referral for intensive outpatient treatment.

The offender failed to adhere to the random urine testing program at Integrity. The November noncompliance notice, provided by the program, indicated that the offender refused to provide a urine specimen to Integrity and failed to sign an admission of use form after he verbally admitted to heroin use.  He provided no urine specimens for testing to Integrity.

9           The offender has violated the supervision condition which states '**You will not commit another federal, state, or local crime.**'

The offender committed a state and local crime as evidenced by his arrest by the Irvington Police Department on 12/03/06. He was charged with Robbery (Armed), Possession of a Weapon, and Possession of a Weapon for Unlawful Purpose.

PROB 12C - Page 3
James Calvin Jones

I declare under a penalty of perjury that the foregoing is true and correct.

By:  Kellyanne Kelly
Senior U.S. Probation Officer
Date:  12/07/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/13/06
Date